IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROY FRANK, and ) | |
| BRENDA FRANK, involuntary plaintiff ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:04cv0025 |
| ) | JUDGE TRAUGER |
| NATIONWIDE MUTUAL FIRE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Amended Motion for Summary Judgment filed by defendant Nationwide Mutual Fire Insurance Company (Docket No. 31) is **DENIED**.

It is so ordered.

Enter this 28th day of March 2006.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE