# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ROY FRANK and wife, BRENDA FRANK, Involuntary Plaintiff | ) ) ) |
| VS. | ) CASE #: 3:04-0025 ) |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) ) |

○ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed August 9, 2007 (Docket Entry No. 140). The jury found that: (1)Roy Frank caused or procured the burning of the home at 3154 Maxey Road on December 22, 2002 and that Brenda Frank did not; (2) Roy Frank caused or procured the burning of the home at 3154 Maxey Road on December 26, 2002 and that Brenda Frank did not; (3) Roy Frank intentionally concealed or made material misrepresentations to Nationwide Mutual Fire Insurance during its investigation of the fire losses and that Brenda Frank did not; and (4) Brenda Frank made a misrepresentation on the 1994 application for insurance.

IT IS ORDERED AND ADJUDGED.

| | |
|---|---|
| AUGUST 9, 2007 DATE | KEITH THROCKMORTON, CLERK /s/ *Betty Briggs-Jones* BY BETTY BRIGGS-JONES DEPUTY CLERK |